IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01268-MEH

HEALTH GRADES, INC.,

      Plaintiff,

v.

MDx MEDICAL, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2014.**

      Defendant's Motion to Postpone the Scheduling Activities Addressed in this Court's May 7 Order and Convert the July 11 Scheduling Conference to a Status Conference [filed June 2, 2014; docket #7] is **granted in part and denied in part** as follows. The Court will hold a Status Conference on **June 10, 2014 at 9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado, at which the parties shall be prepared to discuss the issues raised in the present motion as well as whether the Scheduling Conference in this case should proceed as scheduled.

      If they choose to do so, counsel for the parties may appear at the Status Conference by telephone by first teleconferencing together, then calling my Chambers at 303.844.4507.