IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-CV-01268-RM

HEALTH GRADES, INC.,

Plaintiff,

v.

MDX MEDICAL, INC. d/b/a VITALS.COM,

Defendant.

_____

**ORDER**
_____

This matter is before the Court on the parties' stipulation of dismissal (ECF No. 29). The Court:

(1) DISMISSES the matter, without prejudice, each party to bear its own costs and attorneys' fees.

DATED this 6th day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge